THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD REID,<br><br>    Defendant. | CASE NO. CR23-0188-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial and other deadlines (Dkt. No. 12). On December 6, 2023, Defendant was indicted for failure to surrender for service of his sentence. (Dkt. No. 1.) He appeared for arraignment on January 26, 2024, where he pleaded not guilty to the charges. (*See* Dkt. No. 8.) Trial was set for April 1, 2024, with pretrial motions due by February 16, 2024. (*Id.*)

Defendant now seeks a continuance of those dates. (Dkt. No. 12.) According to defense counsel, this case involves extensive discovery, including medical records that will likely require the assistance of an expert. (*Id.* at 3.) He asserts that additional time is needed to review those materials, consult with an expert, and engage in further negotiations with the Government. (*Id.*) Defendant has executed a speedy trial waiver. (Dkt. No. 13.)

Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

ORDER
CR23-0188-JCC
PAGE - 1

1. The failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), and would result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by granting a continuance, as it is necessary to ensure adequate time for case preparation, and the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Court GRANTS Defendant's motion to continue trial and the pretrial motions deadline (Dkt. No. 12). Trial is hereby CONTINUED to September 30, 2024, at 9:30 a.m. The Court further ORDERS that the time between the date of this order and September 30, 2024, is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv). The Court DIRECTS the parties to file pretrial motions no later than August 30, 2024.

DATED this 20th day of February 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE