UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD REID,<br><br>    Defendant. | NO. CR23-188JCC<br><br>UNITED STATES' MEMORANDUM REGARDING SENTENCING |

Richard Reid was convicted after trial for his role in a healthcare kickbacks conspiracy. The Court sentenced him to twenty-four months of imprisonment and allowed him to self-report. After obtaining two last-minute extensions of his reporting date from the Court, Reid sought a third extension. The Court denied the request and ordered Reid to report immediately. Reid ignored the Court's order and became a fugitive. Reid has now pled guilty to failure to surrender in violation of 18 U.S.C. § 4146(a)(2). The United States recommends ten months of imprisonment.

## BACKGROUND

The following is based on Reid's admissions in the plea agreement and the information in the PSR:

United States' Sentencing Memorandum - 1
*United States v. Reid*, CR23-188JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On November 6, 2019, Defendant Reid was charged in the United States District Court for the Western District of Washington in docket number CR19-228JCC. On January 9, 2020, Reid was released on bond pursuant to the Bail Reform Act, Title 18, United States Code, Section 3142.

On January 10, 2023, Reid was convicted and sentenced for violations of Title 18, United States Code, Section 371, and Title 42, United States Code, Sections 1320a-7b(b)(1)(B), and Title 18, United States Code, Section 2, offenses punishable by a period of imprisonment of five years or more. Reid was sentenced to twenty-four months of imprisonment and was allowed to remain on bond pending reporting for service of his sentence. Reid was ordered to report for service of his sentence at FCI Sheridan on February 23, 2023.

The Court granted Reid two extensions of his surrender date based on reported medical problems. On April 27, 2023, Reid sought a third extension. On April 28, 2023, the Court denied the extension and ordered Reid to report to FCI Sheridan immediately.

Reid knew of the Court's order to surrender and intentionally failed to surrender. Reid left his home in Astoria, Oregon, and became a fugitive. Reid traveled in northwest Oregon for several days to avoid capture. On May 7, 2023, Reid was arrested at a bar in Taylorsville, Oregon.

**GUIDELINES CALCULATIONS**

The government agrees with Probation's Guidelines calculations. PSR ¶¶20-29. The base offense level is 11 and there is a two level reduction for acceptance, resulting in a total offense level of 9. Pairing that offense level with criminal history category II, the Guidelines range is 6 to 12 months.

**RECOMMENDATION**

Richard Reid refused to accept responsibility for his role in a healthcare kickbacks scheme, and then refused to serve the sentence imposed by the Court. He exploited the Court's generosity in granting him two extensions of his reporting date, and simply

United States' Sentencing Memorandum - 2
United States v. Reid, CR23-188JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ignored the Court's rejection of this third request. Many hours of law enforcement resources were wasted in a multi-day fugitive investigation that ended with Reid being arrested in a bar. Reid deserves credit for acknowledging his crime but should pay a price for his conduct.

## CONCLUSION

For the reasons set forth above, the governments respectfully recommends a custodial sentence of ten months of imprisonment, to be served consecutively to his underlying sentence as required by 18 U.S.C. § 3146(b)(2) ("A term of imprisonment imposed under this section shall be consecutive to the sentence of imprisonment for any other offense.").

DATED this 12th day of July, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970
michael.dion@usdoj.gov

United States' Sentencing Memorandum - 3
*United States v. Reid*, CR23-188JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970